## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **AMERITOX, LTD.,** | ) | **Case No. 3:12-mc-00075** |
| | ) | |
| **Plaintiff,** | ) | **Judge Sharp / Knowles** |
| | ) | |
| **v.** | ) | **Action Pending in the Middle** |
| | ) | **District of Florida, Ameritox, Ltd.** |
| **MILLENNIUM LABORATORIES, INC.,** | ) | **v. Millennium Laboratories, Inc.** |
| | ) | **Civil Action No. 8:11-cv-00775-T-** |
| **Defendant/Movant.** | ) | **24 TBM** |

## ORDER

This matter is before the Court upon a "Motion Requesting an Oral Hearing on

Millennium Laboratories, Inc.'s Motion to Quash . . ." (Docket No. 7) and a Motion to Ascertain

Status (Docket No. 19), both filed by Ameritox.

On October 17, 2013, the undersigned entered an Order denying Millennium's Motion to

Quash (Docket No. 1). *See* Docket No. 20. In light of the undersigned's Order, the instant

Motions are MOOT, and they will be DENIED as such.

IT IS SO ORDERED.


_____
E. Clifton Knowles
United States Magistrate Judge